# Pallitto Law, LLC

## Georgina Giordano Pallitto
*Attorney at Law*
*Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney*

466 Bloomfield Avenue, Suite 201                   973-346-2660 *telephone*
Newark, New Jersey 07107                           973-482-7930 *facsimile*
GPallitto@PallittoLaw.com                          www.PallittoLaw.com

March 18, 2026

**<u>VIA PACER & EMAIL ONLY</u>**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
2 Federal Square
Newark, New Jersey 07102

  **RE:  United States v. Luis Gomez Torres**
    **Case No.: 26-25**
    **Plea Date: March 18, 2026**

Dear Judge Arleo:

As you are aware, I represent Mr. Torres in the above captioned matter. I am writing to request the plea be adjourned due to the pending Naviwala Order dated March 9, 2026. I also need time to translate into Spanish the Plea Documents received by the Government yesterday. I am available for rescheduling on April 28, 2026 at noon.

Thank you for your courtesies in this regard.

      Respectfully submitted,
      PALLITTO LAW, LLC

      */s/ Georgina Giordano Pallitto*
      Georgina Giordano Pallitto

GGP
cc:  Jason Goldberg, AUSA, *via PACER and email only*
  Client, *via email only*